*LaRoy S. Gove* for petitioner. *Mr. Albert A. Wray* for respondents.

---

No. 605. HARRY L. JEWELL, PETITIONER, *v.* CITY OF SUPERIOR. April 17, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Chester B. Masslich* for petitioner. No appearance for respondent.

---

No. 602. HERMAN ASTRICH, PETITIONER, *v.* GERMAN-AMERICAN INSURANCE COMPANY OF NEW YORK. April 24, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles H. Bergner* for petitioner. *Mr. Wm. M. Hargest* for respondent.

---

No. 611. ALLAN N. MACNABB, TRUSTEE, ETC., PETITIONER, *v.* THE BANK OF LE ROY. April 24, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank M. Loomis* for petitioner. *Mr. Vincent H. Riordan* for respondent.

---

No. 610. THE UNITED STATES, PETITIONER, *v.* EMIL DIECKERHOFF ET AL. April 24, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. W. Wickham Smith* for respondents.

---

No. 624. THE UNITED STATES, PETITIONER, *v.* THE CORNELL STEAMBOAT COMPANY. May 1, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney General* and *The*